

FILED

SEP 30 2021

U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

Ramone Wright

v                                    Case No : 5:21-cv 142

United States of America


Re: Rule 15(a) Amended and Supplemental Complaints


Overview : According to Program Statement
PS 324.08, staff must never take lightly any
inmate suicide threats or attempts or any information
or hints from other inmates about an inmate being
potentially suicidal. (See Ex A)


Administrative Detention Status (541.23) pg. 1-6
clearly shows merit regarding the defendants claim
that both his constitutional rights (8ᵀᴴ Amendment)
and inmate rights were violated. This is because
Hazelton's psychology personnel cannot justify
placing the defendant into Administrative Detention
in lieu of providing proper mental health
treatment to a suicidal inmate. (See Ex B)


Administrative detention and disciplinary segregation
cells should not be designated or approved as
Suicide Watch cells. (See Ex C)

All Health Services Units will have procedures and control systems to ensure continuity of medical and psychiatric care and treatment for inmates housed in SHUs. Health care staff will be informed immediately when an inmate is transferred to SHU. Procedures will be determined locally. (See Ex D pg. 1 of 2)

The defendant believes the conditions of confinement for an inmate on Suicide Watch were violated. (See Ex E)

Remate Wright